IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>WISSEN DIGITAL INC.,<br><br>　　　　　　　　　Defendant. | <br><br><br><br>Adv. Proc. No. 25-50221 (KBO)<br><br><br>**Re: Adv. D.I. 1** |

### STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Wissen Digital Inc. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 12, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summons to the Complaint on April 21, 2025 [Adv. D.I. 3].

3. Defendant's deadline to respond to the Complaint was May 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

55656063.1 06/02/2025

4. The parties agree that Defendant shall have through and including June 18, 2025, to answer or otherwise plead to the Complaint.

Dated: June 2, 2025

| **SAUL EWING LLP** | **LAW OFFICES OF ROBERT M. MIHELICH** |
|---|---|
| /s/ *Evan T. Miller*  <br>Evan T. Miller (DE Bar No. 5364)  <br>Paige N. Topper (DE Bar No. 6470)  <br>1201 N. Market Street, Suite 2300  <br>Wilmington, DE 19801  <br>Telephone: (302) 421-6800  <br>evan.miller@saul.com  <br>paige.topper@saul.com  <br><br>*Counsel for Plaintiff* | /s/ *Robert M. Mihelich*  <br>Robert M. Mihelich, Esq.  <br>2665 S. Moorland Rd, Suite 200  <br>New Berlin, WI 53151  <br>Telephone: (262) 789-9300  <br>attyrmm@bizwi.rr.com  <br><br>*Counsel for Defendant* |